SIMMONS *et al.* v. STATE *ex rel.* CALDWELL.

No. 2265.    Opinion Filed November 26, 1912.

(128 Pac. 257.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs. Where plaintiff in error fails to comply with rule 7 (20 Okla. viii, 95 Pac. vi) of this court, with reference to filing brief, the appeal will be dismissed.

(Syllabus by Rosser, C.)

*Error from District Court, Tulsa County;*
*L. M. Poe, Judge.*

Action by the State, on the relation of Fred S. Caldwell, against G. C. Simmons and W. P. Miles. Judgment for plaintiff, and defendants bring error. Dismissed.

*Davidson & Williams,* for plaintiffs in error.

Opinion by ROSSER, C. This is an appeal from the district court of Tulsa county. Plaintiffs in error have not filed a brief in the case, as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court. The appeal should be dismissed for failure to comply with this rule. It is not necessary to cite the numerous decisions of this court holding that under such circumstances the appeal should be dismissed.

By the Court: It is so ordered.